DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Adams, Kleemeier, Hagan, Hannah & Fouts, PLLC v. Jacobs<br><br>Case below:<br>158 N.C. App. 376 | No. 378A03 | Defs' (David Queller and Ira Born) Motion for Appropriate Sanctions Pursuant to Rules 14(c) and 25(b) of the North Carolina Rules of Appellate Procedure (COA02-789) | Denied<br>**10/23/03** |
| Ashton v. City of Concord<br><br>Case below:<br>160 N.C. App. 250 | No. 529A03 | 1. Plt's NOA Based Upon a Constitutional Question (COA02-1257)<br><br>2. Def's Motion to Dismiss appeal | 1. ——<br><br>2. Allowed |
| Blum v. Rhodes<br><br>Case below:<br>158 N.C. App. 743 | No. 459P03 | Intervenors' (Shelley Blum and Deborah Blum) PWC to Review the Decision of the COA (COA02-1091) | Denied |
| Calloway v. Onderdonk<br><br>Case below:<br>158 N.C. App. 743 | No. 410P03 | 1. Def's NOA (Constitutional Question)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 (COA02-1076) | 1. Dismissed<br><br>2. Denied |
| Carter v. Cook<br><br>Case below:<br>158 N.C. App. 743<br><br>357 N.C. 504 | No. 458P03 | Plt's Petition for Rehearing of PDR (COA02-1215) | Dismissed |
| Conseco Fin. Servicing Corp. v. Home City, Ltd.<br><br>Case below:<br>159 N.C. App. 465 | No. 491P03 | Defendant-Appellants' PDR Under N.C.G.S. § 7A-31 (COA02-913) | Denied<br>**10/06/03** |
| Downs v. State<br><br>Case below:<br>159 N.C. App. 220 | No. 395PA03 | Plts' PDR Under N.C.G.S. § 7A-31 (COA02-969) | Allowed |
| Dukes v. Bergman<br><br>Case below:<br>159 N.C. App. 465 | No. 501P03 | Defs' PDR Under N.C.G.S. § 7A-31 (COA02-1179) | Denied |